IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Terry Edward McCall,<br><br>  Plaintiff,<br>v.<br><br>David E McAlhaney, Sgt. McConnell, and Sarah Drawdy,<br>  Defendants. | C/A No. 2:15-cv-01011-TLW<br><br>**ORDER** |

Plaintiff Terry Edward McCall, proceeding *pro se* and *in forma pauperis*, filed this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. ECF No. 1. The Plaintiff filed an Amended Complaint with leave of the court on October 9, 2015. ECF No. 29. The matter now comes before this Court for review of a Report and Recommendation (R&R) filed by Magistrate Judge Baker, ECF No. 118, to whom this case was assigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), DSC. In the R&R, the Magistrate Judge recommends that the Court dismiss Plaintiff's claims against Defendant McConnell. ECF No. 118. Objections to the R&R were due on January 31, 2017, and Plaintiff has not filed objections.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's R&R to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that R&R. 28 U.S.C. § 636. In the absence of objections to the R&R, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court carefully reviewed the R&R in this case. Noting that Plaintiff filed no objections, the R&R, ECF No. 118, is hereby **ACCEPTED**. Therefore, for the reasons articulated

by the Magistrate Judge in the R&R, Plaintiff's claims against Defendant McConnell are hereby

**DISMISSED**.

    **IT IS SO ORDERED**.

<u>s/Terry L. Wooten</u>
Chief United States District Judge

March 9, 2017
Columbia, South Carolina